E-FILED 10/24/16

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI BOUMAZA and ZAIMA BOUMAZA,<br><br>           Plaintiffs,<br><br>     vs.<br><br>CITY OF LOS ANGELES; et al,<br><br>           Defendants.<br>_____ | Case No. 2:16-cv-00361-PSG-GJS<br><br>Honorable Philip S. Gutierrez<br><br>**[~~PROPOSED~~] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, AND LINDA LOFTFIELD**<br><br>**[FED. R. CIV. P. 54(b)]** |

///
///
///
///
///
///

1

BOUMAZA\[Proposed] Judgment

This action having been scheduled for hearing on October 31, 2016 before the Court, the Honorable Philip S. Gutierrez, District Court Judge presiding, on Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Linda Loftfield's ("Defendants") Motion to Dismiss Plaintiffs Ali Boumaza and Zaima Boumaza's ("Plaintiffs") First Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and this Court, having entered an Order granting Defendants' motion on October 13, 2016 (Docket No. 52) upon fully considering Plaintiffs' First Amended Complaint, Defendants' Motion to Dismiss the First Amended Complaint, and Plaintiffs' failure to file an opposition to Defendants' motion, and having duly rendered its decision,

IT IS ORDERED AND ADJUDGED as follows:

1) Pursuant to Federal Rules of Civil Procedure, Rule 54(b), there being no just reason for delay of entry of full and final judgment in favor of Defendants County of Los Angeles, Los Angeles County Sheriff's Department, and Linda Loftfield since the claims against them are sufficiently distinct and severable from those against the remaining defendants in this action and, pursuant to Local Rule 7-12, Plaintiffs consented to the Court's granting Defendants' motion by failing to oppose it, and that said judgment in favor of the County of Los Angeles, the Los Angeles County Sheriff's Department, and Linda Loftfield should be entered forthwith; and

2) Plaintiffs shall take nothing against the County of Los Angeles, the Los Angeles Sheriff's Department, and Linda Loftfield and that the entire action against them shall be dismissed.

Dated: \_\_\_\_\_10/24/16_____  _____
PHILIP S. GUTIERREZ
HONORABLE PHILIP S. GUTIERREZ
United States District Judge
Central District of California

1. Respectfully submitted,
2. LAWRENCE BEACH ALLEN & CHOI, PC
3. 
4. 
5. BY  /s/ *Ryan K. Miller*
6. Paul B. Beach
   Ryan K. Miller
7. Attorneys for Defendants
   County of Los Angeles,
8. Los Angeles County Sheriff's Department,
   and Linda Loftfield

BOUMAZA\[Proposed] Judgment